George **BROWN, Jr.,** Appellant,

v.

Carol A. **RHOADS;** Margaret Wansing, Caseworker/Disciplinary Hearing Officer; Liz Hamblin, Functional Unit Manager/Acting Superintendent I; Vernon Heath, Superintendent/Section Head; Thomas Clements, Assistant Division Director of Adult Institutions, Appellees.

No. 03–2600.

United States Court of Appeals,
Eighth Circuit.

Submitted Aug. 7, 2003.

Decided Aug. 12, 2003.

Before WOLLMAN, FAGG, and
MORRIS SHEPPARD ARNOLD, Circuit
Judges.

PER CURIAM.

Missouri inmate George Brown appeals the district court's[1] pre-service dismissal

---

1. The Honorable Scott O. Wright, United States District Judge for the Western District

of his 42 U.S.C. § 1983 action. Having carefully reviewed the record, *see Cooper v. Schriro*, 189 F.3d 781, 783 (8th Cir.1999) (per curiam), we affirm for the reasons stated by the district court. *See* 8th Cir. Rule 47B.

A true copy.

---

of Missouri adopting the report and recommendations of the Honorable William A. Knox, United States Magistrate Judge for the Western District of Missouri.